UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL DELACRUZ,

                Plaintiff,

-v-

AGREM BTY, LLC,

                Defendant.

CIVIL ACTION NO.: 25 Civ. 945 (VSB) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 2, 2025, the Court issued an Order to Show Cause directing Mr. Delacruz to show cause as to why this case should not be dismissed under Federal Rule of Civil Procedure 4(m). (See ECF No. 7 (the "OTSC")). Later that day, Mr. Delacruz filed proof that he had served Defendant on February 14, 2025. (See ECF No. 8). Therefore, the Court deems the OTSC satisfied.

In light of the proof of service, however, Defendant's Answer to the Complaint was due on March 7, 2025. (See ECF No. 8). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Monday, May 12, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Vernon S. Broderick, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, May 26, 2025.**

Dated:     New York, New York
             May 5, 2025

                                          SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2